

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-14-00254-CV

**IN RE LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 09-03-11925-ZCV
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

On July 25, 2014, this court withdrew its previous opinion and order, denied the motion for rehearing of the real party in interest, conditionally granted the petition for writ of mandamus, and ordered the trial court to dismiss the lawsuit within ten days of the date of the order.

The real party in interest, Julian Morales, has filed a motion requesting this court to abate the July 25, 2014 order to allow for the filing of a motion for rehearing. We **grant** the motion.

This court's order of July 25, 2014, requiring the trial court to act as directed is **temporarily abated** until further order of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court